IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY WILLIAMS, | : | CIVIL NO. 3:22-CV-0488 |
| Plaintiff | : | Magistrate Judge Saporito |
| v. | : | |
| LACKAWANNA COUNTY, et al., | : | |
| Defendants | : | |



FILED
WILKES BARRE
JUN 13 2022
PER _____ MG
DEPUTY CLERK

## ORDER

AND NOW, this 13th day of June, 2022, pursuant to the settlement conference conducted on this date by the Court with counsel and the parties, **IT IS HEREBY ORDERED THAT** this action is hereby **DISMISSED,** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated. The Clerk of Court shall note the docket of this action accordingly.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge